IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

PEP MORETTI,

      Plaintiff,

v.

CITY OF KENOSHA, ERIC T. LARSEN,          Case No. 25-cv-464
in his individual capacity, and
PATRICK D. PATTON, in his individual
capacity,

      Defendants.

---

## NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT
---

NOW COME Defendants, City of Kenosha (the "City"), Eric T. Larsen, and Patrick D. Patton, (collectively "Defendants"), by their undersigned attorneys, and pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 56 of the Eastern District of Wisconsin Local Rules, move the Court for an order granting summary judgment to the Defendants. This Motion is supported by the accompanying Brief in Support of Motion for Summary Judgment, Defendants' Proposed Findings of Fact, the Declaration of Hunter M. Cone, the Declaration of Patrick D. Patton, supporting exhibits, and the entire record in this matter.

WHEREFORE, Defendants request the Court grant Defendants' Motion for Summary Judgment and dismiss this lawsuit in its entirety with prejudice and with costs.

*Signature on next page.*

1

Dated this 9th day of July, 2026.

Respectfully Submitted,

BUELOW VETTER BUIKEMA OLSON
& VLIET, LLC

*/s/ Joel S. Aziere*
Joel S. Aziere (WI Bar No. 1030823)
jaziere@buelowvetter.com
Hunter M. Cone (WI Bar No. 1123048)
hcone@buelowvetter.com

Buelow Vetter Buikema Olson & Vliet, LLC
20855 Watertown Road, Suite 200
Waukesha, Wisconsin 53186
Telephone: (262) 364-0250
*Attorneys for Defendants, City of Kenosha, Eric T. Larsen, and Patrick D. Patton*

2