AMY F. SCARR, S.C.
ATTORNEY AT LAW

5201 East Terrace Drive, Suite 375
Madison, Wisconsin 53718
madisondiscriminationattorney.com

Telephone 608/255-6610
Facsimile 608/255-6710
attorneyamyscarr@gmail.com

September 15, 2026

The Honorable William C. Griesbach
United States District Court, Eastern District of Wisconsin
United States Courthouse Room 203
125 S. Jefferson St.
Green Bay, WI 54301-4541

Re: Pep Moretti v. City of Kenosha, et al.
Case No. 25-cv-464

Dear Judge Griesbach:

Counsel for the parties request that you refer this case to one of the magistrate judges for mediation. Defense counsel Joel Aziere has authorized me to state his agreement with this request. We are making this request at least 90 days prior to the final pretrial conference, which is set for December 21, 2026. The parties have agreed to mediate after the Court has issued a decision on Defendants' summary judgment motion. Thank you.

Sincerely,

s/Amy F. Scarr

Amy F. Scarr

cc: Attys. Hunter M. Cone and Joel S. Aziere
Pep Moretti