# United States District Court
EASTERN DISTRICT OF WISCONSIN

**PEP MORETTI,**

**Plaintiff,**

**JUDGMENT IN A CIVIL CASE**
**Case No. 25-C-464**

**v.**

**CITY OF KENOSHA,**
**ERIC T. LARSEN, in his individual capacity,**
**and PATRICK D. PATTON, in his individual capacity,**

**Defendant.**

---

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff takes nothing, and this action is DISMISSED.

Dated: November 5, 2026

LINDA M. KLEMM
CLERK OF COURT

s/ Kyle W. Frederickson
(By) Deputy Clerk