IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WISCONSIN

---

**PEP MORETTI,**

**Plaintiff,**

**v.**

**CITY OF KENOSHA, ERIC T. LARSEN, in his individual capacity, and PATRICK D. PATTON, in his individual capacity,**

**Defendants.**

**Case No. 25-cv-464**

---

## PLAINTIFF'S NOTICE OF APPEAL

---

Plaintiff Pep Moretti by his attorney, Amy F. Scarr, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in the above-captioned action on November 5, 2026.

Dated this 12th day of November, 2026.

**AMY F. SCARR, S.C.**

s/Amy F. Scarr
Amy F. Scarr
State Bar No. 1016179
Attorney for Plaintiff
Amy F. Scarr, S.C.
5201 E. Terrace Dr., Suite 375
Madison, WI 53718
Telephone: (608) 255-6610
Email: attorneyamyscarr@gmail.com