IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WISCONSIN

**PEP MORETTI,**

**Plaintiff,**

**v.**

**CITY OF KENOSHA, ERIC T. LARSEN, in his individual capacity, and PATRICK D. PATTON, in his individual capacity,**

**Defendants.**

**Case No. 25-cv-464**

# PLAINTIFF'S DOCKETING STATEMENT FOR APPEAL

Pursuant to 7th Cir. R. 3(c) and 28(a), Plaintiff Pep Moretti by his attorney, Amy F. Scarr, hereby submits the following docketing statement in conjunction with Plaintiff's Notice of Appeal in the above-captioned case:

## I. Jurisdiction of the District Court

Plaintiff brought an action for violation of his rights under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to e-17, and, pursuant to 42 U.S.C. § 1983, for redress of the deprivation, under color of state law, of his rights secured by the Fourteenth Amendment to the United States Constitution. The United States District Court for the Eastern District of Wisconsin had jurisdiction based on 28 U.S.C. §§ 1331 and 1343(a)(3) and (4), and 42 U.S.C. § 2000e-5(f)(3).

## II. Jurisdiction of the Court of Appeals

1. Jurisdiction of this appeal is conferred on the United States Court of Appeals for the Seventh Circuit by 28 U.S.C. sec. 1291.

2. The final judgment sought to be reviewed was entered on November 5, 2026.

3. Plaintiff's Notice of Appeal was filed on November 12, 2026.

Dated this 12th day of November, 2026.

**AMY F. SCARR, S.C.**

s/Amy F. Scarr
Amy F. Scarr
State Bar No. 1016179
Attorney for Plaintiff
Amy F. Scarr, S.C.
5201 E. Terrace Dr., Suite 375
Madison, WI 53718
Telephone: (608) 255-6610
Email: attorneyamyscarr@gmail.com