**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

---

PEP MORETTI,

Plaintiff,

v.

CITY OF KENOSHA, ERIC T. LARSEN, in his individual capacity, and PATRICK D. PATTON, in his individual capacity,

Defendants.

Case No. 25-cv-464

---

**JOINT MOTION FOR AN ORDER HOLDING IN ABEYANCE PROCEEDINGS REGARDING ATTORNEYS' FEES AND COSTS**

---

Pursuant to Fed. R. Civ. P. 54(d) and Civil L.R. 54(a)(2), and in accordance with the Parties' Stipulation filed contemporaneously with this Joint Motion, the Parties jointly move for an order holding in abeyance all proceedings concerning attorneys' fees and costs in this action until thirty (30) days after the United States Court of Appeals for the Seventh Circuit resolves Plaintiff Pep Moretti's appeal.

On November 5, 2026, this Court entered its Decision and Order [Dkt. #79], granting Defendants' Motion for Summary Judgment and dismissing Plaintiff's Complaint in its entirety. The Court entered judgment in favor of Defendants the same day. [Dkt. #80]. Plaintiff filed his Notice of Appeal on November 12, 2026. [Dkt. #81].

Pursuant to Fed. R. Civ. P. 54(d), a claim for attorney's fees or costs must be filed no later than 14 days after the entry of judgment "[u]nless . . . a court order provides otherwise." Civil Local Rule 54(a)(2) provides that "[w]hen an appeal is taken, the Parties may file a

stipulation to delay the filing of the bill of costs until after the appeal is decided." Thus, upon the stipulation of the Parties, this Court has discretion to extend the timing and contents of any motion for attorneys' fees or costs and any filing of the bill of costs until after such time as appellate proceedings are completed.

Because any party's entitlement to fees or costs may depend on the outcome of any appeal, postponing these proceedings will promote judicial economy, avoid potentially unnecessary litigation over fees and costs, and conserve the resources of both the Parties and the Court. The Parties therefore agree, and jointly request, all proceedings concerning attorneys' fees and costs be held in abeyance until thirty (30) days after the Seventh Circuit resolves Plaintiff's appeal.

For the foregoing reasons, the Parties respectfully request the Court grant this Joint Motion and enter the proposed order in accordance with the Parties' contemporaneously filed Stipulation.

*Signatures on next page.*

Dated this 13th day of November, 2026.

**AMY F. SCARR, S.C.**

s/ *Amy F. Scarr*
Amy F. Scarr
State Bar No. 1016179
Attorney for Plaintiff
Amy F. Scarr, S.C.
5201 E. Terrace Dr., Suite 375
Madison, WI 53718
Telephone: (608) 255-6610
Email: attorneyamyscarr@gmail.com
*Attorney for Plaintiff Pep Moretti*

BUELOW VETTER BUIKEMA OLSON
& VLIET, LLC

*/s/ Joel S. Aziere*
Joel S. Aziere (WI Bar No. 1030823)
jaziere@buelowvetter.com
Hunter M. Cone (WI Bar No. 1123048)
hcone@buelowvetter.com

Buelow Vetter Buikema Olson & Vliet, LLC
20855 Watertown Road, Suite 200
Waukesha, Wisconsin 53186
Telephone: (262) 364-0250
*Attorneys for Defendants, City of Kenosha, Eric T. Larsen, and Patrick D. Patton*